366-15  367-15  368-15  369-15
370-15  **ELECTRONIC RECORD**  371-15

COA #   06-14-00088-CR                    OFFENSE:   22.01

Companion cases
STYLE:   Samuel Deleon Garza v. The State    COUNTY:   Hunt
of Texas

COA DISPOSITION:    Affirmed         TRIAL COURT:   196th District Court

DATE: 3/10/15              Publish: No   TC CASE #:    28,996

# IN THE COURT OF CRIMINAL APPEALS

Samuel Deleon Garza v. The State of
STYLE:    Texas                          CCA #:   **366-15 THRU 371-15**

_____ PRO SE _____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:      _____

_____ refused _____               JUDGE:     _____

DATE:  July 29, 2015              SIGNED: _____         PC: _____

JUDGE:  PC                        PUBLISH: _____         DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____